## WALROD v. WALROD.

**Insufficient Record:** APPEAL ABANDONED.

*Appeal from Sac District Court.*—HON. J. P. CONNER, Judge.

### FILED, MAY 29, 1890.

ACTION in equity to enjoin the transfer of a promissory note and to compel its surrender and cancellation. There was a trial on the merits, and a decree was rendered in favor of plaintiff for the surrender of the note. Defendant appeals.

*James H. Tait*, for appellee.

No appearance for appellant.

ROBINSON, J.—The petition alleges that the note in controversy was given without consideration, and the district court found that to be the case. The evidence before us sustains the decree, but as the abstract does not purport to contain all the evidence submitted in the court below, and since appellant seems to have abandoned his appeal, we need not review it. AFFIRMED.